# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 31, 2008

Charles R. Fulbruge III
Clerk

No. 06-41576
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

YGNACIO ESPINOSA-GUERRERO

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:06-CR-301-ALL

Before HIGGINBOTHAM, BARKSDALE and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ygnacio Espinosa-Guerrero (Espinosa) has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Espinosa has filed a response. Our independent review of the record, counsel's brief, and Espinosa's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2. Espinosa's motion for new appellate counsel is DENIED.